| | |
|---|---|
| 1 | JULIE M. MCCOY, Bar No. 129640<br>LAW OFFICES OF JULIE M. MCCOY |
| 2 | JACQUELYNE M. NGUYEN, Bar No. 249658<br>1670 SANTA ANA AVE., SUITE K |
| 3 | COSTA MESA, CA 92627<br>Telephone: (949) 722-0055 |
| 4 | Fax:(949) 722-8416 |
| 5 | Attorney for: PLAINTIFF |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>vs.<br>OKECHUKWU S. EWEH,<br>　　　　　Defendant | No. CV 11-02659<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Okechukwu S. Eweh, in the principal amount of $13,853.53 plus interest accrued to March 25, 2011, in the sum of $20,129.92; with interest accruing thereafter at the daily rate of $3.03 until entry of judgment, for a total amount of **$33,983.45**.

DATED: May 24, 2011　　　　　　By: ____Terry Nafisi____
　　　　　　　　　　　　　　　　　　　Clerk of the Court
　　　　　　　　　　　　　　　　　　　A. Martinez
　　　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　United States District Court